|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO | **Approved. So Ordered.**<br><br>*s/Dan Aaron Polster*<br>**DAN AARON POLSTER**<br>**U.S. DISTRICT COURT** |
| LANDINGS ANIMAL HOSPITAL, INC., individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>VETERINARY STAFFING SOLUTIONS LLC d/b/a INDEVETS,<br><br>Defendant. | **Date: February 4, 2026**<br><br>No. 1:25-cv-01896-DAP-JEG<br><br>Judge Daniel A. Polster<br>Magistrate Judge James E. Grimes |

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff Landings Animal Hospital, Inc. and Defendant Veterinary Staffing Solutions LLC, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims asserted in this matter with prejudice. Parties shall bear their own attorney fees, expenses, and costs.

*/s/ Scott D. Simpkins*
Scott D. Simpkins, Bar No. 027332006
North Point Tower
1001 Lakeside Avenue East, Ste 1400
Cleveland, OH 44114
Phone: 216-523-1500
Email: sdsimp@climacolaw.com

Phillip A. Bock
BOCK HATCH & OPPENHEIM, LLC
203 N La Salle St. Ste 2100
Chicago, IL 60601
Phone: (312) 658-5500
Email: phil@classlawyers.com

Counsel for Plaintiff

*/s/ David A. Campbell*
David A. Campbell (0066494)
Donald G. Slezak (0092422)
Gordon Rees Scully Mansukhani, LLP
127 Public Square
Suite 5130
Cleveland, OH 44114
Phone: (216) 302-2531
Fax: (216) 539-0026
dcampbell@grsm.com
dslezak@grsm.com

Counsel for Defendant